IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. **05-m-3101-DGW** |
| ) | |
| **CHRISTOPHER M. STEWART,** ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

**PROUD, Magistrate Judge**:

Upon oral motion of defendant, and without opposition by the Government, the complaint, dated December 21, 2005, is dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE:  January 26, 2006.**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **UNITED STATES MAGISTRATE JUDGE**